KAREN C. MAIER ET AL. *v.* THE ZONING BOARD OF
APPEALS OF BERLIN

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*James M. S. Ullman,* in support of the petition.

Submitted May 3—decided May 6, 1976

POINT O'WOODS ASSOCIATION, INC., ET AL. *v.* ZONING
BOARD OF APPEALS OF THE TOWN OF OLD LYME

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New London County is granted.

*Theodore A. Harris,* in support of the petition.

*Andrew G. Messina, Jr.,* in opposition.

Submitted May 6—decided May 19, 1976

JOHN A. ZARILLO, JR., ET AL. *v.* JOHN C. PECK ET AL.

The defendants' petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*John P. McKeon* and *Milton W. Horwitz,* in support of the petition.

*Joseph F. Keefe,* in opposition.

Submitted May 10—decided May 19, 1976

STATE OF CONNECTICUT *v.* PETER BENJAMIN

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*John R. Williams,* in support of the petition.

Submitted May 10—decided May 19, 1976